IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                            CASE NO: 3:01cr130-001

ADREAN ROOSEVELT ROGERS,
    Defendant.
_____/

### ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing.  The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 210 months to 100 months.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 7 June 2002 shall remain unchanged.

    **ORDERED** this 27th day of July 2005.


                                                                           *s/L.A. Collier*
                                                                        LACEY A. COLLIER
                                                    Senior United States District Judge